

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2016

No. 04-16-00055-CV

**IN THE INTEREST OF W.T.H., A CHILD**,

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-06-00125-CVK
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

The court reporter responsible for preparing the reporter's record for this appeal filed a notification of late record, stating the reporter's record had not been filed because appellant had failed: (1) to request the record in writing; and (2) to pay or make arrangements to pay the reporter's fee for preparing the record and that appellant is not entitled to appeal without paying the fee. On March 11, 2016, we abated this appeal for the trial court to determine if appellant is indigent. On April 6, 2016, a supplemental clerk's record was filed containing the trial court's order approving appellant's affidavit of indigence.

It is therefore ORDERED that this appeal is REINSTATED on the docket of this court. It is further ORDERED that appellant provide written proof to this court within ten days of the date of this order that appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1). The reporter's record must be filed no later than thirty days after the date appellant provides this court with written proof of the request.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court